UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JAMES CASARES,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:21-cv-01506-HBK<br><br>ORDER GRANTING JOINT MOTION TO REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g),<br><br>ORDER REVERSING FINAL DECISION, REMANDING CASE AND DIRECTING CLERK TO ENTER JUDGMENT[1]<br><br>(Doc. No. 17)<br><br>ORDER FINDING MOTION FOR SUMMARY JUDGMENT MOOT<br><br>(Doc. No. 12) |

Pending before the Court is the parties' Joint Motion to Remand filed on May 16, 2022. (Doc. No. 17). Plaintiff James Casares and the Commissioner of Social Security agree that this case should be remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (*Id*. at 1).

The United States Supreme Court held that the Social Security Act permits remand in conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision.

---

[1] Both parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)(1). (Doc. No. 9).

*See Melkonyan v. Sullian*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under the Equal Access to Justice Act and calculating deadline using date of final judgment).  The *Melkonyan* Court recognized 42 U.S.C. § 405(g) contemplates only two types of remand – sentence four or sentence six.  *Id*. at 98.  A sentence four remand authorizes a court to enter "a judgment affirming, modifying, or reversing the decision of the Secretary, with or without resetting the cause for a rehearing."  *Id*. (other citations omitted).

The Court grants the parties' motion to remand.  As agreed by the parties, upon remand "the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision." (Doc. No. 17 at 1).

Accordingly, it is **ORDERED**:

1. The parties' Joint Motion to Remand (Doc. No. 17) is GRANTED, the final decision of the Commissioner is REVERSED and this case is REMANDED for further proceedings consistent with this Order.

2. A motion for attorneys' fees may be filed by separate motion.

3. Plaintiff's Motion for Summary Judgment (Doc. No. 12) is MOOT.

4. The Clerk shall enter judgment in favor of Plaintiff, terminate all deadlines, and close this case.

Dated:   May 17, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE